Memorandum Decisions.

E. C. OWEN v. J. H. MILHOAN.
No. 14,462.     (83 Pac. 1044.)

Original proceeding in *quo warranto*. Opinion filed November 11, 1905. Judgment for plaintiff.

*S. T. Seaton, L. G. Ferrell, E. C. Owen,* and *Ogg & Scott,* for plaintiff.

*C. H. Potts, J. P. Hindman, I. O. Pickering, C. B. Little, J. W. Parker, J. T. Little, C. W. Gorsuch, A. Smith Devenney,* and *C. L. Randall,* for defendant.

*Per Curiam:* This case is in all respects similar to *Ogg v. Glover, ante,* p. 247, except that the office involved is that of police judge. Applying the principles announced in that case to a count of the ballots in this gives the plaintiff 598 votes and the defendant 570. Judgment is therefore rendered for the plaintiff.

---

THE STATE OF KANSAS v. BEN RATLIFF.
No. 14,446.     (82 Pac. 1135.)

THE STATE OF KANSAS v. CLAUDE LEWIS.
No. 14,504.     (82 Pac. 1135.)

THE STATE OF KANSAS v. ANDY SWEIZEWSKI.
No. 14,503.     (82 Pac. 1135.)

THE STATE OF KANSAS v. HERSHEL SIMONS.
No. 14,513.     (82 Pac. 1135.)

Appeals from Allen district court; OSCAR FOUST, judge. Opinion filed November 11, 1905. Dismissed.

*C. C. Coleman,* attorney-general, and *Burton E. Clifford,* for The State.

*Ewing, Gard & Gard,* and *Hazen & Gaw,* for appellants.

*Per Curiam:* In each of the above-entitled cases the record shows that more than thirty days elapsed after the service of notice of appeal before the filing of a transcript in this court. (*The State v. Teissedre,* 30 Kan. 476, 2 Pac. 650; *The State v. Caton,* 71 Kan. 855, 80 Pac. 938.)

Each of the cases is dismissed.